**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** January 3, 2023  
**START:** 11:00 a.m.  
**END:** 11:30 a.m.

**DOCKET NO:** 22-cv-779 (CBA)

**CASE**  Hennessy v. Ponyboy Bar LLC, et al.

☐ INITIAL CONFERENCE ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE X VIDEO CONFERENCE
☐ MOTION HEARING X COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Gabriel Levy, guardian Josephine Hennessy and plaintiff William Hennessy also present |

| DEFENDANT | ATTORNEY |
|---|---|
|  |  |

☐ FACT DISCOVERY TO BE COMPLETED BY
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY:_____DEF. TO SERVE PL. BY:_____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a video compromise hearing pursuant to a referral from Judge Amon. Defendants, which have not appeared in the action, did not participate. Plaintiff's counsel advises that opposing counsel, with whom he negotiated the settlement, has left her firm.

For the reasons stated on the record, this Court respectfully recommends that [11] plaintiff's motion for approval of the settlement be granted, and concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties. Plaintiff's guardian, Josephine Hennessy, confirms that she and her son are satisfied with the injunctive relief provided for in the settlement agreement, in lieu of receiving monetary compensation. Plaintiff's counsel confirmed that remediations in order to provide access to the entrance and dining tables have been completed. However, the Court finds that the presumption of public access to court documents has not been overcome, and the settlement documents (DE #13, DE #15) must be unsealed, without plaintiff's opposition. Further, the Court shortens the deadline for objections to January 9, 2023. Counsel for plaintiff must promptly serve defense counsel's law firm with a copy of this Report and Recommendation.